# United States District Court

## *Southern District of Georgia*

Traci Hollingsworth

_____

Plaintiff

Case No. ___1:25-cv-00238-JRH-BKE___

**v.**

Sheriff Alfonzo Williams and Inv.
Martrell Williams

_____

Defendant

Appearing on behalf of

___Plaintiff___

_____

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __25th__ day of ___February___ , __2026__ .

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:      Christina Lee
_____

Business Address:      First Amendment Clinic, University of Georgia School of Law
_____
Firm/Business Name

P.O. Box 388
_____
Street Address

| | Athens | GA | 30603 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

7065429071
Telephone Number (w/ area code)      Georgia Bar Number

Email Address:      christina.lee2@uga.edu